DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDRE STEFAN BLUE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2266

_____

May 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Andre Stefan Blue, pro se.

PER CURIAM.

    Affirmed.

SLEET, C.J., and VILLANTI and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.